CARL SCHEFER, Appellant, *v.* THOMAS R. BALL, Respondent.

*Schefer* v. *Ball*, 120 App. Div. 880, affirmed.
(Argued June 9, 1908; decided September 29, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 5, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to enjoin the erection of a building in alleged violation of a restrictive agreement theretofore

entered into by the several owners of real property on a certain block.

*Abram I. Elkus* and *Carlisle J. Gleason* for appellant.

*Payson Merrill* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Haight, Vann, Werner, Willard Bartlett, Hiscock and Chase, JJ.